**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**14 - 1097**
WAYNE SPENCER and MACH 5 LEASING, INC.

                                              **Plaintiffs-Appellant,**

**v.**

**TACO BELL CORP and TACO BELL FOUNDATION**

                                              **Defendants-Appellees.**

**Appeal from the United States District Court for the Middle District of Florida in case no. 8:12-CV-00387, Judge Steven D. Merryday.**

**ENTRY OF APPEARANCE**

(instructions): Counsel should refer to Fed. Cir R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
    \_\_\_\_ Pro Se     X As counsel for:     WAYNE SPENCER
                                                      (Individual) and
                                                     MACH 5 LEASING, INC.,
                                                       (Name of party)

I am, or the party I represent is (select one):
    \_\_\_\_ Petitioner     \_\_\_\_ Respondent     \_\_\_\_ Amicus curiae
                                                       \_\_\_\_ Cross Appellant
    __X__ Appellant \_\_\_\_ Appellee \_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):
    \_\_\_\_ Petitioner or appellant     \_\_\_\_ Respondent or appellee

My address and telephone are:
    Name:                         Edward P. Dutkiewicz
    Law firm:                     Edward P. Dutkiewicz, P.A.
    Address:                      P.O. Box 937
    City, State and Zip:          Dade City, Florida 33526-0937
    Telephone:                    (352) 467 - 2682

```
     Fax #:                        (352) 567 - 5526
     E-mail address:               edduke@embarqmail.com
```

Statement to be completed by counsel only (select one):
    __X__ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

    ____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorney only.]

    ____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 28, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    _____Yes        _____X_____ No

   __X__   A courtroom accessible to the handicapped is required if oral argument is scheduled.

November 18, 2013                    __/s/Edward P. Dutkiewicz

                                            Signature of pro se or counsel

Date Notice Issued: November 18, 2013